# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

_Gina Cruz_

                    Debtor(s).
_____/

CHAPTER 13
CASE NO. 14-41619-MBM
JUDGE McIvor

## STIPULATION ADJOURNING HEARING

The parties hereby stipulate to the adjournment of the following: *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

[X] First Meeting of Creditors      and/or      [X] Confirmation Hearing

The debtor has requested an adjournment of the above and the Trustee has agreed. Therefore, the parties stipulate to the entry of an Order containing the following provisions:

[X] IT IS HEREBY STIPULATED that the 341 First Meeting of Creditors shall be rescheduled to: 6/16/14 at 11am a.m./p.m. located in Room 315, 211 W. Fort Street, Detroit, MI. The Debtor shall appear at the adjourned meeting of creditors with government issued photographic identification and Social Security card pursuant to the United States Trustee guidelines.

[X] IT IS HEREBY STIPULATED that the Confirmation hearing shall be adjourned to: 7/10/14 at 9:00 a.m./p.m., located at the Judge's Courtroom at 211 W. Fort Street, Detroit, MI.

IT IS FURTHER STIPULATED that the Order Adjourning Hearing shall be served as follows: *[CHECK ONE]*

[X] a. The Debtor shall serve a copy of the Order Adjourning Hearing on all parties with twenty-one (21) days notice prior to the adjourned meeting of creditors and the Debtor shall file a Proof of Service with the Court evidencing timely service no later than ten (10) days prior to the adjourned meeting of creditors. **OR**

[ ] b. The debtor failed to appear at the 341 First Meeting of Creditors and a new hearing date is necessary. The Clerk of the Court shall provide notice of the new date for the meeting of creditors, the new deadlines under E.D.Mich. LBR 2003-1(e)(2) and the new date for the hearing on confirmation, if specified above.

IT IS FURTHER STIPULATED that: *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

[X] The Debtor shall remit 100% of all required Plan payments to the Trustee no later than ten (10) days prior to the adjourned Confirmation Hearing.

[X] The Debtor shall provide _complete copies of the Federal_ to the Trustee by _6/2/14_ _income tax returns for 2012_ ~~2013 federal and key non filing spouses an~~ _proof of ~~the~~ Debtors unemployment income and file Amended *_ ~~AND~~
[X] If any of the above are not completed by the date and time specified, the case may be dismissed without further notice or hearing, upon the filing of an Affidavit of Noncompliance by the Trustee.      _* Schedule I._

IT IS FURTHER STIPULATED that Debtor's counsel is hereby authorized to submit a Stipulation and Order that contains the terms listed in this Stipulation directly to the Court for entry.

Approved as to form and content:

_David Wm Ruskin_
DAVID WM. RUSKIN      (P26803)
Chapter 13 Standing Trustee

Dated: _5/8/14_

X _____
Nathaniel Hevat (P60144).
Attorney for Debtor(s)

### PRESS FIRMLY ON HARD SURFACE WITH BALL POINT PEN!

| Original: Debtor(s)' Counsel; | Copy: Trustee file |
|---|---|

Stipadjourn341conf – April 2010

©David Wm. Ruskin 2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN THE MATTER OF: Gina Cruz**

CHAPTER 13
CASE NO. 14-41619
JUDGE Marci McIvor

Debtor(s).

_____/

**ORDER ADJOURNING HEARING**

THIS MATTER is before the Court on the Stipulation of the Chapter 13 Trustee and the Debtor;

This matter having come on for hearing on May 8, 2014, regarding

**_[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:_**

☐ the First Meeting of Creditors
☐ a motion to dismiss case            X confirmation of a plan
☐ a motion to lift stay as creditor
☐ Other:

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; now therefore;

**IT IS HEREBY ORDERED that:**
**_[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:_**

X  The above referenced matter is adjourned to July 10, 2014 at 9:00 a.m.
X  Debtor shall be 100% current in Plan payments no later than ten (10) days prior to the adjourned Confirmation Hearing.
X  Debtor shall file an Amended Schedule I on or before June 2, 2014.
X  Debtor shall attend the adjourned First Meeting of Creditors on June 16, 2014 at 11:00 a.m.
X  Debtor shall provide complete copies of the 2012 Federal Income Tax Return and verification of unemployment income on or before June 2, 2014.
X Debtor shall serve a copy of the Order Adjourning Hearing on all parties with twenty-one (21) days notice prior to the adjourned meeting of creditors and Debtor shall file a Proof of Service with the Court evidencing timely service no later than ten (10) days prior to the adjourned meeting of creditors.

IT IS FURTHER ORDERED that if any of the above is not completed by the date and time specified, the case shall be dismissed without notice or hearing, upon the filing of an Affidavit of Default by the Trustee.