# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION – DETROIT

**IN RE:**

CHAPTER 13

GINA CRUZ,                      CASE NO. 14-41619-MBM

              DEBTOR.        JUDGE MARCI B. MCIVOR

_____/

## TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF ARROW FINANCIAL SERVICES, LLC (PACER CLAIM NO. 5-1)

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Proof of Claim filed on behalf of LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC (PACER Claim No. 5-1), and in support thereof states as follows:

1. Based on the documentation attached to the Proof of Claim, enforcement of the underlying claim is barred by the applicable Statute of Limitations. Accordingly, the Proof of Claim must be disallowed pursuant to 11 U.S.C. Section 502(b)(1).

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court disallow the Proof of Claim filed on behalf of LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC (PACER Claim No. 5-1) on May 20, 2014 in its entirety, and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC.

OFFICE OF DAVID WM. RUSKIN, STANDING CHAPTER 13 TRUSTEE

Dated: June 16, 2014        By: /s/ Lisa K. Mullen__
                                  LISA K. MULLEN (P55478)
                                  THOMAS D. DECARLO (P65330)
                                  Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                  1100 Travelers Tower
                                  26555 Evergreen Road
                                  Southfield, MI 48076-4251
                                  Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

                                                CHAPTER 13
GINA CRUZ,                                       CASE NO. 14-41619-MBM
                                DEBTOR.          JUDGE MARCI B. MCIVOR
_____/

**(PROPOSED)**
**ORDER DISALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF**
**LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF**
**ARROW FINANCIAL SERVICES, LLC (PACER CLAIM NO. 5-1)**

This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC (PACER Claim No. 5-1) on May 20, 2014 in the amount of $110.89 is disallowed;

IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:
GINA CRUZ,

DEBTOR.

AKA or DBA (if any):

Address(es):
4950 Willow
Milan, MI 48160-0000

Social Security Number(s):
XXX-XX-7094

Employer's Tax Identification (EIN) No(s). (if any):
_____/

CHAPTER 13
CASE NO. 14-41619-MBM
JUDGE MARCI B. MCIVOR

### NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF ARROW FINANCIAL SERVICES, LLC (PACER CLAIM NO. 5-1)

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before July 17, 2014, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

U.S. Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Babut Law Offices Pllc, 700 Towner Street,  Ypsilanti, MI 48198-0000
David Wm. Ruskin, 26555 Evergreen Rd., Ste 1100, Southfield, MI  48076
RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587

2. Attend the hearing on the objection, scheduled to be held on July 24, 2014, at 9:00 a.m., in Courtroom 1875, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.  (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

OFFICE OF DAVID WM. RUSKIN, STANDING
CHAPTER 13 TRUSTEE

Dated: June 16, 2014

By: /s/ Lisa K. Mullen
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

Gina Cruz,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 14-41619-MBM
JUDGE MARCI B. MCIVOR

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF ARROW FINANCIAL SERVICES, LLC (PACER CLAIM NO. 5-1)**

I hereby certify that on June 16, 2014, I electronically filed the Trustee's Objection to the Proof of Claim filed on behalf of LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC (PACER Claim No. 5-1) With (Proposed) Order Disallowing the Proof of Claim filed on behalf of LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC (PACER Claim No. 5-1), Notice of Objection to Claim filed on behalf of LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC (PACER Claim No. 5-1) and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

BABUT LAW OFFICES PLLC
700 TOWNER STREET
YPSILANTI, MI 48198-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

GINA CRUZ
4950 WILLOW
MILAN, MI 48160-0000

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

/s/ W. Noelle Balloid_____
W. Noelle Balloid
For the Office of the Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755