## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN THE MATTER OF:　　　　　　　　　　Chapter 13
Gina Cruz,　　　　　　　　　　　　　　　Case No.: 14-41619 - MBM
　　　　　Debtor.　　　　　　　　　　　Judge: MARCI B. MCIVOR
_____/

## MOTION TO VACATE ORDER OF DISMISSAL
## AND TO REINSTATE CHAPTER 13 CASE

COMES NOW the Debtor Gina Cruz, by and through her attorney, Babut Law Offices, PLLC, and states the following:

1. The Debtor filed Bankruptcy on February 5, 2014.

2. On May 12, 2014, the Court entered an Order Adjourning the Debtor's 341 Meeting of Creditors, which was based on a stipulation between the Debtor and the Chapter 13 Trustee.

3. The Order adjourned the 341 Meeting of Creditors to June 16, 2014, and required the Debtor to provide her 2012 Income Tax Return, proof of income, and file an amended Schedule I by June 2, 2014, or else the Trustee could ask the Court to dismiss the Debtor's Chapter 13 case based on an Affidavit attesting to the Debtor's failure to comply with the stipulated conditions.

4. The Debtor failed to comply with the stipulated conditions; the Chapter 13 Trustee filed his Affidavit on June 24, 2014, and the Court dismissed the case on the same day.

5. The Debtor acknowledges that she failed to satisfy the stipulated conditions, however, states her failure was due to matters that were out of her control.

6. During May, the Debtor was hospitalized on multiple occasions due to complications related to her Stage 2 Breast Cancer thereby unintentionally falling out of contact with her attorney (See Exhibit B).

7. The Debtor desires her Chapter 13 case to be reinstated, and has provided both proof of her income and her 2012 Income Tax Return to her attorney.

WHEREFORE, the Debtor requests that the Court enter an Order vacating the dismissal and to reinstate the Debtor's case, and for such other and further relief as the Court deems just and proper.

/s/ Thomas Paluchniak  
**Thomas Paluchniak** (P70284)  
Babut Law Offices, PLLC  
Attorney for the Debtor  
700 Towner Street  
Ypsilanti, MI 48198  
(734) 485-7000  
tpaluchniak@babutlaw.com  

Dated: June 29, 2014

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Gina Cruz**                                                     Case No.  **14-41619**
                                   Debtor(s)                             Chapter   **13**

### NOTICE OF MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CHAPTER 13 CASE

Debtors have filed papers with the court for Debtor Attorney's Motion to Vacate Order of Dismissal And To Reinstate Chapter 13 Case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion for Approval of the First Fee Application, or if you want the court to consider your views on the motion.  Within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI  48226-3211

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Thomas Paluchniak (P70284)           David Ruskin
700 Towner Street                    Chapter 13 Trustee
Ypsilanti, MI 48198                  1100 Travelers Tower
734-485-7000                         26555 Evergreen Road
                                     Southfield, MI 48076
                                     248-352-7755

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Attorney   **/s/ Thomas Paluchniak**
           **Thomas Paluchniak (P70284)**
           **700 Towner Street**
           **Ypsilanti, MI 48198**
           **734-485-7000**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:  Chapter 13
Gina Cruz,  Case No.: 14-41619 - MBM
      Debtor.  Judge: MARCI B. MCIVOR
_____/

**ORDER TO VACATE ORDER OF DISMISSAL
AND TO REINSTATE CHAPTER 13 CASE**

The Court having reviewed the Debtor's Motion to Vacate Order of Dismissal and to Reinstate her Chapter 13 Case:

IT IS HEREBY ORDERED that the Court's Order dismissing the Debtor's Chapter 13 case is vacated, and her case is reinstated effective entry of this order.

IT IS FURTHER ORDERED that the automatic stay under 11 U.S.C. §362 that was terminated upon dismissal of this case shall be reinstated as of the date of entry of this Order.

IT IS FURTHER ORDERED that the Order Discharging the Trustee is vacated.

IT IS FURTHER ORDERED that the Debtor shall comply with the conditions set forth in the Court's Order entered on May 12, 2014, within 14 Days of Entry of this Order.

IT IS FURTHER ORDERED that because this case was dismissed after the initial Meeting of Creditors under 11 U.S.C. §341, any necessary applicable deadlines in accordance will be reset by a separate order upon reinstatement of case.

Exhibit A

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Gina Cruz**  
Debtor(s)

Case No. **14-41619**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, a copy of **the Motion to Vacate Order Of Dismissal And To Reinstate Chapter 13 Case, Exhibit A and Exhibit B** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Cadillac Accnts Rec Mg (Original Credito**
**Cadillac Accnts Rec Mg (Original Credito**
**Convergent Outsourcing (Original Credito**
**Credit Coll (Original Creditor:06 Progre**
**Credit Protection Asso (Original Credito**
**Dte Energy**
**Gmac**
**Jprecovery (Original Creditor:Medical)**
**Jprecovery (Original Creditor:Medical)**
**Marshall Mus**
**Nco Fin/55 (Original Creditor:St Joseph**
**Nco Fin/55 (Original Creditor:St Joseph**
**Receivables Performa (Original Creditor:**
**Russell Collection (Original Creditor:Ep**
**Russell Collection (Original Creditor:Ep**
**Santander Consumer Usa**
**Social Security Admin**

**/s/ Kim Justice**
**Legal Secretary**
**BABUT LAW OFFICES, PLLC.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000Fax:(734) 485-6251**
**kim@babutlaw.com**